[Criminal No. 756. Filed December 31, 1931.]

[6 Pac. (2d) 1117.]

RAY BENTLEY, Appellant, v. STATE, Respondent.

Mr. Fred C. Bolen, for Appellant.

The Attorney General, for the State.

PER CURIAM.—Defendant appeals from a conviction of burglary. The record indicates no error, and he has failed to point out any.

This seems to be another of those cases where defendant's attorney has taken the pains to obtain the transcript of the testimony at the county's expense and then lost all interest in its further prosecution.

The judgment is affirmed.